**Opinion issued June 21, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-18-00124-CV**

————————————

**MARY A. MORALES, Appellant**

**V.**

**STATE FARM LLOYDS AND NATHAN COPELAND, Appellees**

On Appeal from the 164th District Court
Harris County, Texas
Trial Court Case No. 2016-43862

**MEMORANDUM OPINION**

Appellant Mary A. Morales has filed a motion for voluntary dismissal of her appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. Appellees are unopposed to the motion.

We grant Morales's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.